IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| AMERICAN HUNTING INNOVATIONS, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SAVAGE SPORTS CORPORATION, et al., <br><br> Defendants. | No. 3:12cv0096 JAJ <br><br><br> **ORDER** |

On August 9, 2013, counsel for the parties informed the court that the above case has been settled. The final pretrial conference and trial set for April 18, 2014 and May 19, 2014, respectively, are canceled.

Closing documents shall be filed by **September 12, 2013**. If no closing documents are filed by this date, pursuant to LR 41.1(c), the court may order dismissal of this action without further notice. Within sixty (60) days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

**IT IS SO ORDERED.**

**DATED** this 12th day of August, 2013.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA