IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| AMERICAN HUNTING INNOVATIONS, L.L.C. a/k/a RDT ARCHERY & a/k/a KEMPF CROSSBOWS; J & S R.D.T ARCHERY, INC.; and JAMES J. KEMPF, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SAVAGE SPORTS CORPORATION; EXTREME TECHNOLOGIES, INC.; and EXTREME TECHNOLOGIES, INC. d/b/a BOWTECH,<br><br>Defendants. | Case No. 3:12-cv-00096<br><br>**JOINT DISMISSAL WITH PREJUDICE** |

COME NOW the parties in the above-captioned matter and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this action and all claims asserted in this action, including claims asserted by Plaintiffs against Defendants, are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

The parties further stipulate and agree that this action and all counterclaims asserted by Defendants in this action are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 9th day of January 2014.

| | |
|---|---|
| /s/ J. Campbell Helton | /s/ Peter E. Heuser |
| J. Campbell Helton AT 0003425<br>Matthew D. Giles AT0010196 | Peter E. Heuser *Pro Hac Vice*<br>Kimvi To *Pro Hac Vice* |
| Whitfield & Eddy PLC<br>317 Sixth Avenue, Suite 1200<br>Des Moines, Iowa 50309-4195<br>Telephone (515) 288-6041<br>Facsimile (515) 246-1474<br>Helton@Whitfieldlaw.com<br>Giles@Whitfieldlaw.com | Schwabe, Williamson & Wyatt<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204<br>Telephone (503) 222-9981<br>Facsimile (503) 796-2900<br>pheuser@schwabe.com<br>kto@schwabe.com |
| Brett J. Trout | Martha Shaff |
| Law Offices of Brett J. Trout<br>516 Walnut Street<br>Des Moines, Iowa 50309<br>Telephone (515) 288-9263<br>Facsimile (515) 280-7114<br>Trout@bretttrout.com | Betty, Neuman & McMahon PLC<br>111 East Third Street, Suite 600<br>Davenport, IA 52801<br>Telephone (563) 326-4491<br>Facsimile (563) 326-4498<br>mls@bettylawfirm.com |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Peter E. Heuser
Schwabe, Williamson &
Wyatt 1211 SW 5th Avenue,
Suite 1900 Portland, OR
97204

Martha Shaff
Betty, Neuman & McMahon
PLC 111 East Third Street,
Suite 600 Davenport, IA
52801

ATTORNEYS FOR DEFENDANTS

J. Campbell Helton
Matthew D. Giles
Whitfield & Eddy PLC
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309-4195

Brett J. Trout
Law Offices of Brett J. Trout
516 Walnut Street
Des Moines, Iowa 50309

ATTORNEYS FOR PLAINTIFFS

                                                /s/ Matthew D. Giles_____
                                                  Matthew D. Giles