AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ Southern District of Iowa _____ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:12-cv-96 | DATE FILED<br>7/20/2012 | U.S. DISTRICT COURT<br>Southern District of Iowa |
|---|---|---|
| **PLAINTIFF**<br>American hunting Innovations, LLC; J&S R.D.T. Archery, Inc and James J. Kempf, an Individual | | **DEFENDANT**<br>Savage Sports Corporation; Extrame Technologies, Inc and Extreme Technologies, Inc., d/b/s Bowtech |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,708,001 | 5/4/2012 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Parties filed a Notice of Voluntary Dismissal on 01/09/2014. See Attached Notice. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| AMERICAN HUNTING INNOVATIONS, L.L.C. a/k/a RDT ARCHERY & a/k/a KEMPF CROSSBOWS; J & S R.D.T ARCHERY, INC.; and JAMES J. KEMPF, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAVAGE SPORTS CORPORATION; EXTREME TECHNOLOGIES, INC.; and EXTREME TECHNOLOGIES, INC. d/b/a BOWTECH,<br><br>    Defendants. | Case No. 3:12-cv-00096<br><br><br>**JOINT DISMISSAL WITH PREJUDICE** |

COME NOW the parties in the above-captioned matter and pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii), stipulate and agree that this action and all claims asserted in this

action, including claims asserted by Plaintiffs against Defendants, are dismissed with

prejudice, with each party to bear its own costs and attorneys' fees.

The parties further stipulate and agree that this action and all counterclaims

asserted by Defendants in this action are dismissed with prejudice, with each party to

bear its own costs and attorneys' fees.


DATED this 9th day of January 2014.

| | |
|---|---|
| /s/ J. Campbell Helton | /s/ Peter E. Heuser |
| J. Campbell Helton          AT 0003425<br>Matthew D. Giles      AT0010196<br><br>Whitfield & Eddy PLC<br>317 Sixth Avenue, Suite 1200<br>Des Moines, Iowa  50309-4195<br>Telephone (515) 288-6041<br>Facsimile (515) 246-1474<br>Helton@Whitfieldlaw.com<br>Giles@Whitfieldlaw.com | Peter E. Heuser *Pro Hac Vice*<br>Kimvi To  *Pro Hac Vice*<br><br>Schwabe, Williamson & Wyatt<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR  97204<br>Telephone (503) 222-9981<br>Facsimile (503) 796-2900<br>pheuser@schwabe.com<br>kto@schwabe.com |
| Brett J. Trout<br><br>Law Offices of Brett J. Trout<br>516 Walnut Street<br>Des Moines, Iowa  50309<br>Telephone (515) 288-9263<br>Facsimile (515) 280-7114<br>Trout@bretttrout.com<br><br>ATTORNEYS FOR PLAINTIFFS | Martha Shaff<br><br>Betty, Neuman & McMahon PLC<br>111 East Third Street, Suite 600<br>Davenport, IA 52801<br>Telephone (563) 326-4491<br>Facsimile (563) 326-4498<br>mls@bettylawfirm.com<br><br>ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014 I electronically filed the foregoing

with the Clerk of Court using the ECF system which will send notification of such

filing to the following:

Peter E. Heuser
Schwabe, Williamson &
Wyatt 1211 SW 5th Avenue,
Suite 1900 Portland, OR
97204

Martha Shaff
Betty, Neuman & McMahon
PLC 111 East Third Street,
Suite 600 Davenport, IA
52801

ATTORNEYS FOR DEFENDANTS

J. Campbell Helton
Matthew D. Giles
Whitfield & Eddy PLC
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309-4195

Brett J. Trout
Law Offices of Brett J. Trout
516 Walnut Street
Des Moines, Iowa 50309

ATTORNEYS FOR PLAINTIFFS

/s/ Matthew D. Giles
Matthew D. Giles